UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5156-GW-MAAx | Date | September 25, 2023 |
|---|---|---|---|
| Title | *James Fortune v. Micky Dolenz* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On September 25, 2023, Plaintiff James Fortune filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court now sets an order to show re: settlement hearing for November 9, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 7, 2023.

                                                                                              : 
Initials of Preparer    JG